WO

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Johnny David Cato, | No. CV-15-01804-PHX-JAT |
| Petitioner, | **ORDER** |
| v. | |
| Charles L Ryan, et al., | |
| Respondents. | |

Pending before the Court is a Report and Recommendation recommending that: 1) the Court deny Petitioner's request to stay this case while he exhausts further claims in state court, and 2) the Court grant Petitioner's request to voluntarily dismiss his mixed petition.   (Doc. 26).   Neither party has filed objections to the Report and Recommendation.

This Court previously warned Petitioner that voluntarily dismissing his petition might cause his claims in this petition to be time barred if he tries to bring them again later.  (Doc. 20).  Petitioner nonetheless has decided this is the course he is choosing to take.

Given that there are no objections to the Report and Recommendation,[1]

---

[1] This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1).  It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made,* but not otherwise."  *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003) ("Following *Reyna-Tapia,* this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not

1

**IT IS ORDERED** that the Report and Recommendation (Doc. 26) is accepted and

2

adopted.  As a result, the motion to stay (Doc. 25) is denied.  The Petition is dismissed,

3

without prejudice, and the Clerk of the Court shall enter judgment accordingly.

4

**IT IS FURTHER ORDERED** that a certificate of appealability is denied.

5

Dated this 7th day of February, 2017.

6

7

8

9

_____

James A. Teilborg

Senior United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

otherwise.'"); *Klamath Siskiyou Wildlands Ctr. v. U.S. Bureau of Land Mgmt.*, 589 F.3d 1027, 1032 (9th Cir. 2009) (the district court "must review de novo the portions of the [Magistrate Judge's] recommendations to which the parties object.").  District courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection."  *Thomas v. Arn*, 474 U.S. 140, 149 (1985) (emphasis added); *see also* 28 U.S.C. § 636(b)(1) ("the court shall make a *de novo* determination of those portions of the [report and recommendation] to which objection is made.").

26

27

28